UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATTERN ENERGY GROUP LP,<br><br>                            Plaintiff,<br><br>v.<br><br>MICHAEL PERILLO and KELLY PERILLO,<br><br>                            Defendants. | Case No. 1:25-cv-00785-JLR<br><br>**DEFENDANTS' NOTICE OF MOTION FOR LEAVE TO FILE UNDER SEAL** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, Defendants Michael Perillo and Kelly Perillo (the "Perillos"), through their undersigned counsel, pursuant to Section 4 of this Court's Individual Rules of Practice in Civil Cases, hereby move for leave to file certain documents and information under seal in connection with their Motion to Stay Pending Arbitration. For the reasons set forth in the accompanying Memorandum of Law, the Perillos' motion should be granted.

Respectfully submitted,

**BLANK ROME LLP**

Dated: February 3, 2025

*/s/ Andrew T. Hambelton*
Andrew T. Hambelton
1271 Avenue of the Americas
New York, NY 10020
(212) 885-5345
Andrew.Hambelton@BlankRome.com

Daniel E. Rhynhart (*pro hac vice forthcoming*)
Daniel S. Morris (*pro hac vice forthcoming*)
Samuel M. Ventresca (*pro hac vice forthcoming*)
Therese L. Gildea (*pro hac vice forthcoming*)
One Logan Square
Philadelphia, PA 19103
Phone: (215) 569-5371 / 5411 / 5625

---

The motion to seal is granted temporarily. The Court will reassess whether to keep the materials at issue sealed when deciding the underlying motions. The Clerk of Court is directed to terminate Dkt. 8.

Dated: February 4, 2025
         New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Fax: (215) 832-5371 / 5411
Email: Dan.Rhynhart@BlankRome.com
Daniel.Morris@BlankRome.com
Samuel.Ventresca@BlankRome.com
Therese.Gildea@BlankRome.com

*Attorneys for Defendants*
*Michael Perillo and Kelly Perillo*