# BLANKROME

1271 Avenue of the Americas | New York, NY 10020

| | |
|---|---|
| *Phone:* | *(212) 885-5345* |
| *Fax:* | *(917) 332-3798* |
| *Email:* | *Andrew.Hambelton@blankrome.com* |

March 7, 2025

**VIA ECF**

The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

The request for an adjournment of the parties' initial pre-trial conference is GRANTED. The conference scheduled for March 18, 2025 shall be rescheduled to April 2, 2025 at 10:00 a.m.

Dated: March 10, 2025
New York, New York

**SO ORDERED.**

*Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**

RE:    ***Pattern Energy Group LP v. Michael Perillo et al.***,
       **Case No. 1:25-cv-00785-JLR**

## UNOPPOSED LETTER MOTION TO
## CONTINUE INITIAL PRETRIAL CONFERENCE

Dear Judge Rochon:

We write on behalf of Defendants Michael Perillo and Kelly Perillo in the above-referenced action and submit this Letter Motion with respect to the Initial Pretrial Conference currently scheduled for March 18, 2025 (ECF No. 5).

We write to request a brief continuance of the Initial Pretrial Conference due to a preexisting scheduling conflict of Defendants' counsel, including prepaid travel and a speaking engagement out of state on the same date. We are available for a conference with the Court the week of March 31, 2025, or any time thereafter. This is the first request to adjourn the conference, which has not previously been adjourned, and the parties are not presently scheduled to appear before the Court on any other date.

Defendants' counsel conferred with Plaintiff's counsel regarding this request, and Plaintiff consents to this request. Additionally, the parties met and conferred in advance of the conference and filed a joint letter to the Court pursuant to Section 2.D of the Court's Individual Rules and Practices in Civil Cases. (*See* ECF No. 30.)

We appreciate the Court's consideration of this request. If the Court has any questions or needs additional information, please let us know.

BLANKROME

The Honorable Jennifer L. Rochon
March 7, 2025
Page 2

Respectfully submitted,

*/s/ Andrew T. Hambelton*
Andrew T. Hambelton
BLANK ROME LLP
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 885-5000
Fax: (212) 885-5001
Andrew.Hambelton@blankrome.com

*Counsel for Defendants*
*Michael Perillo and Kelly Perillo*

cc:    All counsel of record via ECF